LIEBERT CASSIDY WHITMORE
A Professional Law Corporation
6033 West Century Boulevard, 5th Floor
Los Angeles, California 90045

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH GARRIDO,<br><br>  Plaintiff,<br><br>  v.<br><br>COUNTY OF LOS ANGELES, a municipal entity, ALEX VILLANUEVA, an individual, JOSEPH WILLIAMS, an individual, THOMAS GIANDOMENICO, an individual, and OSCAR BARRAGAN, an individual,<br><br>  Defendants. | Case No.: 2:23-cv-00011-SPG-E<br><br>**ORDER RE: STIPULATION AND PROTECTIVE ORDER** |

**ORDER**

GOOD CAUSE APPEARING, the Court hereby approves and enters the Stipulation and Protective Order.

**IT IS SO ORDERED.**

Dated: 2/24/2025

_____
HON. CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE